**Civil Action No. 5:25-cv-00074**

# Exhibit “A”

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **ROGELIO GERARDO AGUERO** | § | |
| | § | |
| **VS.** | § | **Civil Action No. 5:25-cv-00074** |
| | § | |
| **HOME DEPOT U.S.A., INC.** | § | **JURY DEMANDED** |

**<u>INDEX OF DOCUMENTS</u>**

**EXHIBIT A:** Index of Documents (filed with Notice of Removal)

**EXHIBIT B:** State Court Action Documents (filed with Notice of Removal) –

| Tab No. | State Court Document | Date Filed |
|---|---|---|
| B-1 | State Court Civil Case Summary | N/A |
| B-2 | Plaintiff's Original Petition | 4/2/2025 |
| B-3 | Request For Issuance of Service | 4/2/2025 |
| B-4 | Calendar Call Faxed to Attorney Jon B Olson | 4/4/2025 |
| B-5 | Citation - Home Depot U.S.A. Inc. | 4/4/2025 |
| B-6 | Affidavit Of Service Executed Issued as to Home Depot U.S.A., Inc. (DOS: 04/16/2025) | 4/29/2025 |
| B-7 | The Special Exceptions and Original Answer of Defendant | 5/12/2025 |

**EXHIBIT C:** List of Parties & Counsel

**EXHIBIT D:** Civil Cover Sheet (filed with Notice of Removal)