IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ROGELIO GERARDO AGUERO | § | |
| | § | |
| VS. | § | Civil Action No. 5:25-cv-00074 |
| | § | |
| HOME DEPOT U.S.A., INC. | § | JURY DEMANDED |

## JOINT POST-MEDIATION MEMORANDUM

Pursuant to the Court's Order [Doc. 14] the Parties submit the following as a Joint Post-Mediation Memorandum:

On December 3, 2025, the parties mediated with Bubba Burns. While the parties made every effort to resolve the case, they could not come to an agreement on a resolution. The parties will continue to keep an open line of communication with respect to resolution.

Respectfully Submitted,

**BROTHERS, ALVARADO, PIAZZA & COZORT, P.C.**

*/s/ Karen M. Alvarado*
Karen M. Alvarado
State Bar No. 11067050
kalvarado@brothers-law.com
10333 Richmond, Suite 900
Houston, Texas 77042
Tel: (713) 337-0750
Fax: (713) 337-0760
E:Service: service-alvarado@brothers-law.com
*Attorneys for Defendant*

**THE CANTU LAW FIRM**

*/s/ Jon B. Olson*                 *
Jon B. Olson
State Bar No. 24088157
jolson@thecantulawfirm.com
German Cantu

Page **1** of **2**

>State Bar No. 24096536
>Gcantu@thecantulawfirm.com
>5500 UTSA Boulevard; Ste. 270
>San Antonio, Texas 78240
>Telephone: (210)547-0505
>Facsimile: (210)951-0656
>*E-Serve@thecantulawfirm.com
>*Email for service of pleadings
>***signed by permission***
>***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served upon the following counsel of record in compliance with Rule 5 of the Federal Rules of Civil Procedure on this 24th day of February, 2026 as follows:

**VIA EFILE/ESERVE**
Jon B. Olson
German Cantu
**THE CANTU LAW FIRM**
5500 UTSA Boulevard; Ste. 270
San Antonio, Texas 78240

>**BROTHERS, ALVARADO, PIAZZA & COZORT, P.C.**
>
>By:    */s/ Karen M. Alvarado*
>       Karen M. Alvarado